# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ▼

James Tolle

*Plaintiff(s)*

v.

Governor Ralph Northam and the Commonwealth of Virginia

*Defendant(s)*

Civil Action No. 1:20CV363

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Governor Ralph Northam c/o Office of the Governor (Capitol Building)
1000 Bank Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Tolle
11171 Soldiers Court
Manassas, VA 20109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

copy

Date: _____    _____
*Signature of Clerk or Deputy Clerk*