**In the United States District Court
for the Eastern District of Virginia
Alexandria Division**



James Tolle

v.    Civil Action No. 1:20-cv-363

Governor Northam and the Commonwealth of Virginia

### EMERGENCY AND EXPEDITED NOTICE

PLEASE TAKE NOTICE that on Friday April 24, 2020, at 10:00 a.m., or as soon thereafter as the undersigned may be heard[1], the plaintiff will present to the Court the Motion "MOTION FOR RECONSIDERATION OF COURT ORDER DENYING PRELIMINARY INJUNCTION, EXPEDITED HEARING AND SERVICE OF COMPLAINT BY UNITED STATES MARSHAL SERVICE" (hereinafter, "Plaintiff's Motion").

_____
(Signature)
James Tolle
(Printed Name)
11171 Soldiers Court, Manassas, VA 20109
703-232-9970

_____

[1] The Plaintiff's Motion which was filed on April 6, 2020 requested emergency reconsideration of the Court's last Order, including immediate consideration of Temporary Restraining Order (TRO) without a hearing, stating:

"Plaintiff respectfully requests the Court to reconsider the granting of a TRO....If the Court does not grant relief to Plaintiff in the form of an immediate TRO and/or Preliminary Injunction, Plaintiff respectfully requests for an expedited preliminary-injunction hearing to address Plaintiff's need for urgent relief from Defendants' injury to his Constitutional rights. Plaintiff respectfully requests an expedited hearing as an exception under the Chief Judge's General Orders in order to avoid a manifest injustice which would result if such proceeding were not conducted on an expedited basis. Should the Court prefer to avoid an inperson hearing, Plaintiff respectfully requests the use of alternative hearing procedures under the Chief Judge's orders including the use of telephone or video conference." (Plaintiff's Motion, p.9)

As is clear in this request, Plaintiff does not prefer to suffer the continuing injury of the Defendant's actions and is requesting immediate relief as soon as possible. However, the Clerk of the Court will not expedite Plaintiff's motion without the filing of this Notice of Hearing, with the date of hearing shown no earlier than April 17, 2020. Plaintiff's request on April 6th has actually already requested an emergency review of Plaintiff's Motion of that date under expedited procedures as soon as possible in order to obtain relief from Defendant's continuing injuries to Plaintiff's fundamental rights. Despite the date shown above, the Plaintiff still respectfully requests expedited review of Plaintiff's Motion including an emergency Temporary Restraining Order without a hearing if possible, or if the Court denies Plaintiff's requeset for an emergency TRO, an expedited preliminary-injunction hearing as soon as possible prior to April 17, 2020.

## CERTIFICATE OF SERVICE

I certify that on this \_\_\_7th\_\_\_ day of \_\_\_April\_\_\_, 2020, a true copy of the foregoing Notice of Hearing was mailed via U. S. mail, first class, postage prepaid to all parties or counsels of record as appropriate for Fed. R. Civ. P. 5(b).

                                              Respectfully submitted,

                                              By: _____
                                                   James Tolle
                                              *Pro Se*
                                              11171 Soldiers Court
                                              Manassas, VA 20109
                                              703-232-9970
                                              jtmail0000@yahoo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JAMES TOLLE                                                               Civil Action No. 1:20-cv-363

Plaintiff,

v.

GOVERNOR RALPH NORTHAM and the COMMONWEALTH OF VIRGINIA

Defendants.

## LOCAL RULE 83.1(M)
## CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of this document (the present notice).**

James Tolle
-------------------------------------
Name of *Pro Se* Party

*[signature]*
-------------------------------------
Signature of *Pro Se* Party

Executed on: ___April 7, 2020___