IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES TOLLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-cv-363 (LMB/MSN) |
| ) | |
| GOVERNOR RALPH NORTHAM, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Before the Court is defendants' Motion to Dismiss [Dkt. No. 46]. Plaintiff has responded, but defendants have not yet filed a reply. On December 31, 2020, plaintiff filed an untimely notice of hearing for Tuesday, January 5, 2021. Finding that oral argument will not aid in the decisional process, the Motion to Dismiss will be resolved on the papers submitted, and it is hereby

ORDERED that the hearing noticed for Tuesday, January 5, 2021 be and is CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record and to plaintiff, pro se.

Entered this 4th day of January, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge