IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JAMES TOLLE,                              )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        1:20-cv-363 (LMB/MSN)
                                          )
GOVERNOR RALPH NORTHAM, et al.,           )
                                          )
            Defendants.                   )

ORDER

Pro se plaintiff, James Tolle has filed a Notice [Dkt. No. 58] for a hearing on his Motion

for Preliminary Relief [Dkt. No. 55]. Finding that oral argument will not aid in the decisional

process, the Motion for Preliminary Relief will be resolved on the papers submitted, and it is

hereby

ORDERED that the hearing noticed for Tuesday, February 23, 2021 be and is

CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record and to plaintiff,

pro se.

Entered this 17 day of February, 2021.

Alexandria, Virginia

                                                        /s/
                                          Leonie M. Brinkema
                                          United States District Judge