IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES TOLLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:20-cv-363 (LMB/MSN) |
| | ) |
| GOVERNOR RALPH NORTHAM, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendants' Motion to Dismiss [Dkt. No. 46] is GRANTED, plaintiff's Motion for Preliminary Relief [Dkt. No. 55] is DENIED AS MOOT, and it is hereby

ORDERED that this civil action be and is DISMISSED.

To appeal this decision, plaintiff must file a written Notice of Appeal with the Clerk of the Court within thirty (30) days of the date this Order is entered. A Notice of Appeal is a short statement indicating a desire to appeal, including the date of the order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely Notice of Appeal waives plaintiff's right to appeal this decision.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to plaintiff, pro se, and counsel of record, to enter judgment in defendants' favor pursuant to Fed. R. Civ. P. 58, and to close this civil action.

Entered this 29 day of July, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge