# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| James Tolle | ) |
|     Plaintiff, | ) |
| v. | )   Civil Action No. 1:20-cv-00363 |
| Northam et al | ) |
|     Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on July 29, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants' and against the plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
      K.Galluzzo
      Deputy Clerk

Dated: July 29, 2021
Alexandria, Virginia